# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C-06-2757 CRB

IN RE: BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. M:03-CV-01699-CRB

MDL No. 1699

JUDGE BREYER

This document relates to:

**RUDENA HURT
(Case No. 4:06-cv-00082-SOW, originally
filed in the Western District of Missouri)**

**STIPULATION AND ORDER OF
DISMISSAL ONLY AS TO CASE
NUMBER 4:06-cv-00082-SOW,
ORIGINALLY FILED IN THE
WESTERN DISTRICT OF MISSOURI**

  **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and

counsel for Defendants that the Complaint of Plaintiff Rudena Hurt, Case Number

4:06-cv-00082-SOW, originally filed in the Western District of Missouri on January 30, 2006 and

later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and

Products Liability Litigation*, pursuant to Conditional Transfer Order Seventeen (CTO-17), may be

and is hereby dismissed without prejudice.

  **This Stipulation and Order of Dismissal does not relate to nor does it have any effect

upon the following actions within which Rudena Hurt is also a named plaintiff:** *Rudena Hurt

v. G.D. Searle & Co.*, **Case Number CV05-6260-SJO (CTx) (a "Celebrex" complaint),

originally filed in the Central District of California and** *Rudena Hurt v. G.D. Searle & Co.*,

**Case Number CV05-06362-FMC (Ex) (a "Bextra" complaint), originally filed in the Central**

**District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the

California actions, and jurisdiction and venue for the trial of the actions will be proper in whichever

of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: April 21, 2006                    ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
RUDENA HURT

Dated: April 24, 2006                    GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3

Dated: __ May 12, 2006 _____

4

HONORABLE CHARLES R. BREYER



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL